No. 1272, Misc.   VIDA *v.* ARMSTRONG, JUDGE, ET AL. Sup. Ct. Mich.   Certiorari denied.

No. 1304, Misc.   EDWARDS *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.   *Leon B. Polsky* for petitioner. *Isidore Dollinger* and *Walter E. Dillon* for respondent.

No. 1319, Misc.   REED *v.* PATE, WARDEN.   Sup. Ct. Ill.   Certiorari denied.   Petitioner *pro se.   William G. Clark,* Attorney General of Illinois, and *Richard A. Michael* and *Philip J. Rock,* Assistant Attorneys General, for respondent.

No. 1385, Misc.   VICORY *v.* WILLINGHAM, WARDEN. C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Marshall* for respondent.

No. 1401, Misc.   MAGGIORE *v.* NEW YORK.   Ct. App. N. Y. and/or App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1407, Misc.   VUCKSON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *William A. Dougherty* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1489, Misc.   JOHNSON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Marshall* for the United States.

No. 1523, Misc.   WEBER *v.* WILLINGHAM, WARDEN. C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Marshall* for respondent.